# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-2415

———————————————

MAURICE DEVELL ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Ana Garcia, Judge.

September 2, 2021

PER CURIAM.

AFFIRMED. *See generally Baker v. State*, 878 So. 2d 1236, 1245–46 (Fla. 2004) (holding that habeas corpus is not a means to litigate issues that could have or should have been raised on direct appeal or in a timely postconviction motion).

ROWE, C.J., and B.L. THOMAS and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Maurice Devell Robinson, pro se, Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.